ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA  93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| RICHARD FELIX,<br><br>    Plaintiff,<br><br>vs<br><br>COMMISSIONER of<br>SOCIAL SECURITY,<br><br>    Defendant. | CASE NO: CIV-F 05-1031<br>            OWW LJO<br><br>STIPULATION and ORDER<br>to<br>EXTEND TIME |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from March 16, 2006 to April 15, 2006.


/ / / / /                                                                                                  \ \ \ \ \

/ / / / /                                                                                                  \ \ \ \ \

This is the Plaintiff's first request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

Respectfully submitted,

/s/ Robert D. Christenson

Dated:   March 9, 2006

ROBERT D. CHRISTENSON
Attorney for Plaintiff

Dated: ____3/9/06_____

**McGREGOR W. SCOTT**
United States Attorney

/s/ Kristi C. Kapetan/sjm

_____
**KRISTI C. KAPETAN**
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   March 10, 2006**
b9ed48

_____/s/ Lawrence J. O'Neill_____
UNITED STATES MAGISTRATE JUDGE